IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FEDERATED MUTUAL INSURANCE
COMPANY, a Minnesota Corporation

        Plaintiff,

v.                       No. 09-CV-00857 JC/RHS

EVER-READY OIL CO. INC, SHANA
LOVATO, CARL SMITH, RON SIMS,
CHARLES OCHS, ACORN VENTURES, INC.
PRP, INC., GIANT FOUR CORNERS, INC.
RAY F. COLLINS, and CATHY COLLINS,
individually, and as Guardians of ARISSA GARCIA,
a minor, and as Co-Personal Representatives of
the Wrongful Death Estates of RENEE COLLINS-
GARCIA, Deceased, ALISHA GARCIA,
Deceased, JACQUELYNN GONZALES, Deceased,
and SELENA GONZALES, MAXINE GONZALES
and RALPH GONZALES, individually, and as Co-Personal
Representatives of the Estate of PAUL GONZALES
and ASHLEY RENEE GONZALES,

        Defendants,

and

GIANT FOUR CORNERS, INC.,

        Defendant, Third Party Plaintiff

v.

WESTERN STATES INSURANCE GROUP, INC.,
d/b/a DESERT STATES INSURANCE, and
MAGGIE ANDERSON

        Third Party Defendants

and

GIANT FOUR CORNERS, INC.,

        Defendant, Cross Claimant

v.

EVER-READY OIL CO., INC.

          Defendant, Cross Defendant

and

GIANT FOUR CORNERS, INC.,

          Defendant, Counter Claimant,

v

FEDERATED MUTUAL INSURANCE COMPANY,
a Minnesota corporation,

          Plaintiff, Counter Defendant.

## EXPERT WITNESS DISCLOSURE

   Third-Party Defendant Western States Insurance Group, Inc. d/b/a Desert States Insurance and Maggie Anderson (hereinafter "Third-Party Defendants"), pursuant to Rule 26(a)(2) identify Roger Buelow as their expert witness to be used at trial pursuant to Federal Rule of Evidence 702, 703, or 705. Third-Party Defendants certify that they have provided counsel of record the report of their expert witness, as well as his Curriculum Vitae, including list of seminars attended, seminars instructed, activities, expert deposition and court testimony this 3rd day of January, 2011, via email to the email addresses provided by counsel to the court for CM/ECF filing, along with a copy of this Expert Witness Disclosure, as follows:

       thnasko@hinklelawfirm.com
       lhanson@meagher.com
       jad@keleher-law.com
       kw@keleher-law.com
       jray@rvmjfirm.com
       revaldez@rvmjfirm.com
       lrada@rvjmfirm.com
       David@Garcia-Vargas.com
       Ray@garcia-vargas.com

CIVEROLO, GRALOW, HILL & CURTIS, PA

By: *[signature]*
William P. Gralow
Megan Day Hill

*Attorneys for Defendants Western States Insurance Group, Inc., d/b/a Desert States Insurance, and Maggie Anderson*
P.O. Drawer 887
Albuquerque, NM 87103-0887
505-842-8255

THIS WILL CERTIFY that on the 3rd day of January, 2011, the foregoing Certificate of Service was filed electronically through the CM/ECF system, which caused the following attorneys to be electronically served, as is more fully reflected in the Notice of Electronic Filing in this matter:

thnasko@hinklelawfirm.com
lhanson@meagher.com
jad@keleher-law.com
kw@keleher-law.com
jray@rvmjfirm.com
revaldez@rvmjfirm.com
lrada@rvjmfirm.com
David@Garcia-Vargas.com
Ray@garcia-vargas.com

*[signature]*
William P. Gralow
Megan Day Hill